**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00516-CR

### JASMINE EAQUENDALYN-DYS REED, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 5
### Collin County, Texas
### Trial Court Cause No. 005-82888-07

## ORDER

Appellant's August 21, 2014 motion to abate the appeal for findings of fact and conclusions of law is **DENIED**.

/s/    LANA MYERS
        JUSTICE